THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETE THOMAS, Appellant. [638 NYS2d 789]

The People wholly failed to satisfy their burden of establishing that the identification procedure by which the victims of the subject robbery identified the defendant was merely confirmatory in nature *(see, People v Rodriguez,* 79 NY2d 445, 452; *People v Cinatus,* 188 AD2d 481). Therefore, under the circumstances of this case, the Supreme Court erred in summarily denying the defendant's motion to suppress the victim's identification testimony *(see,* CPL 710.60). However, since no determination has been made that the police employed an unduly suggestive identification procedure, the appeal may be held in abeyance for a post-judgment hearing *(see, People v Bryan,* 206 AD2d 434; *People v Cinatus, supra; People v Harewood,* 184 AD2d 657). Balletta, J. P., O'Brien, Copertino and Pizzuto, JJ., concur.